JOSEPH P. LEROUX AND MAX SCHOTT, RELATORS v. JUDGE OF THE CIRCUIT COURT FOR BAY COUNTY.

*Mandamus—Preliminary application to respondent.*

Mandamus to set aside an order of removal to a federal court was denied without looking into the merits where the record did not show that any application had been made to the respondent to vacate the order.

Mandamus. Submitted Jan. 26. Denied Jan. 27.

*A. McDonell* and *Griffin & Dickinson* for relators.

*Wisner & Speed* for respondent.

COOLEY, J. This is an application for a *mandamus* to respondent, requiring him to set aside an order whereby he transferred to the federal court a certain cause to which relators are parties. No application appears to have been made to the circuit judge himself, and for this reason we deny the application without looking into the merits. We must assume, if the application has merits, the circuit judge would voluntarily have recognized them.

The other Justices concurred.